UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY MONEYHAM

(Enter above the full name of plaintiff in this action)

v.

UNITED STATES
LIEUTENANT LEONOWITCZ
JOHN DOE, USE OF FORCE TEAM MEMBER

(Enter above the full name of the defendant(s) in this action)

CIVIL CASE NO: 3:18cv625
(to be supplied by Clerk of the District Court)

FILED
SCRANTON
MAR 19 2018
Per_____
DEPUTY CLERK

## COMPLAINT

1. The plaintiff ANTHONY MONEYHAM a citizen of the County of UNION State of Pennsylvania, residing at UNITED STATES PENITENTIARY LEWISBURG wishes to file a complaint under 28 U.S.C 1346(b) AND 28 U.S.C 1331(a)
(give Title No. etc.)

2. The defendant is THE UNITED STATES, LT. LEONOWITCZ, AND JOHN DOE, USE OF FORCE TEAM MEMBER. AN ADMINISTRATIVE CLAIM WAS PRESENTED TO THE AGENCY AND DENIED.

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) ON April-1-2017 Officer

3. (CONTINUED) Stroud came to the door and order me to give Hunny mattress. I ask him what's going on with my shower. He turn and ask officer Sheeley what's happening with my shower. Officer Sheeley stated that I was not getting a shower so I ask to speak to a Lieutenant. Officer Stroud told me to cuff up. I said no I'll wait until the Lieutenant come. Officer Stroud stated "It sounds like a threat to me" and walk off. Lieutenant Leonowicz and acting Lieutenant K. Stead came. I explain what happen and ask can I get my shower. LT. Leonowicz stated "NO" and walk off. Later the Use of Force Team was at the cell door. LT. Leonowicz ask was I going to comply to his order and submit to hand restraints. I stated yes I was place in restraints remove from the cell by the Use of Force Team escorted to the front of the range where the restraints was place excessively tight. I inform LT. Leonowicz that

4. WHEREFORE, plaintiff prays that The Court Grant The Following Relief

A. Issue a Declaratory Judgment stating that: The physical abuse of plaintiff by defendant John Doe in using unnecessary force and defendant Leonowicz failure to take action to stop defendant John Doe from assaulting plaintiff violated plaintiff rights under the Eight Amendment to the United States Constitution and constituted and assault and batter under Pennsylvania law. B. Award Compensatory Damages against defendants United States, John Doe, and Leonowicz, C. Award Punitive Damages against defendants John Doe and Leonowicz D. Grant such other relief as it may appear that plaintiff is entitled.

Anthony Monyhum
(Signature of Plaintiff)

CONTINUATION PAGE STATEMENT OF CLAIM

The restraints was pinching my skin. The Lieutenant did not order that the use of force team members apply the restraints in the correct manner. I was escorted to the first floor in the tight restraints and place on the bunk in cell #126 of G-Block as the use of force team members was exiting the room the last team member starting twisting my ankle into the restraints using some type of train technique that inflict extreme pain I started screaming then LT. Leonowicz started "Money Ham" don't resist my team then the use of force team member came and began twisting my ankle into the restraints again I scream in pain the team member then left the room and I was left in the excessively tight restraints over 24 hours unable to use the bathroom, drink water, or eat my meals and officer Stroud wrote an incident report against me alleging that I threated him.

Inmate Name: ANTHONY MONEYHAM
Register Number: 42280-424
United States Penitentiary LEWISBURG
P.O. Box 1000
Lewisburg, PA 17837

D+
3-14-18

MAR 15 2018

RECEIVED
SCRANTON
MAR 1 9 2018
PER _____
DEPUTY CLERK

LEGAL MAIL
18501314148 BOSS

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148